AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN        District of        TEXAS

JENNINGS TYSON GODSY

V.

NATIONAL BOARD OF MEDICAL
EXAMINERS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:04-cv-00053

**Judge Heartfield**

TO: (Name and address of Defendant)

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey T. Roebuck
Bush, Lewis & Roebuck, PC
1240 Orleans
Beaumont, TX 77701

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DAVID J. MALAND                    3-2-04

CLERK                              DATE

_Odelle McMillen_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | March 22, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jan Girouard | Owner |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. ~~Place where served:~~ by certified mail, return receipt requested, signed by J. D. Moody on 3-10-04.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 22, 2004      *Jan Girouard*
              Date                  Signature of Server

550 Fannin, Ste 1125
Address of Server
Beaumont, Texas 77701

---

JAN GIROUARD & ASSOCIATES
COURT REPORTING SERVICES
550 FANNIN STREET, SUITE 1125
BEAUMONT, TEXAS 77701

COMPLETE THIS SECTION ON DELIVERY
A. Signature: (☐ Addressee or ☐ Agent)
X D. Moody
B. Received By: (Please Print Clearly)
C. Date of Delivery: 3/10
D. Addressee's Address (If Different From Address Used by Sender)
Secondary Address / Suite / Apt. / Floor (Please Print Clearly)
Delivery Address
City        State        ZIP + 4 Code

4. Restricted Delivery? (Extra Fee) ☐ Yes
3. Service Type: CERTIFIED
2. Article Number: 7119 5381 8500 0000 0745

1. Article Addressed To:
NATIONAL BOARD OF MEDICAL EXAMINERS
3750 MARKET STREET
PHILADELPHIA PA 19104

lah citation
7119 5381 8500 0000 0745

RECEIPT
7119 5381 8500 0000 0745
FROM:
Jan Girouard & Associates
RE: Godsy vs. National Board
lah citation

SEND TO:
National Board of Medical Exa
3750 Market Street
Philadelphia PA 19104

FEES:
Postage          0.37
Certified Fee    1.40
Special
Restricted
Receipt          1.25
TOTAL          $2.98

POSTMARK OR DATE
3/3/04