



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JENNINGS TYSON GODSY, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:04CV53 (TH) |
| v. | § § | BENCH |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § § § | |
| Defendant. | § | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

The Court **SETS** a preliminary injunction hearing for Thursday, April 8, 2004 at 1:00 p.m.

**SO ORDERED.**

SIGNED this the 31st day of March, 2004.

Thad Heartfield
United States District Judge