IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JENNINGS TYSON GODSY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 1:04-CV-00053 |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § § § § | |
| Defendant. | § | |

## ORDER COMPELLING PRODUCTION OF TESTING RECORDS

Having conducted a preliminary injunction hearing in this matter on April 8, 2004 and having heard the evidence and arguments of counsel for the parties presented, the Court concludes that it is necessary and appropriate for the testing records of Claire Jacobs, Ph.D., to be produced to counsel for the plaintiff for distribution to defendant for further review by mental health care experts relative to this litigation. In connection therewith, the Court finds that all prerequisites for the release of all testing records of Claire Jacobs, Ph.D. relating to Jennings Tyson Godsy, inclusive of all raw testing data and scores, have been satisfied and that Jennings Tyson Godsy has consented to the release of all such records,

It is accordingly ORDERED that Claire Jacobs, Ph.D. produce all records relating to the testing and evaluation of Jennings Tyson Godsy, inclusive of all raw testing data and all scores, to counsel for the plaintiff, Ken Lewis, 1240 Orleans Street, Beaumont, Texas 77701 within __7__ days following the signing of this order.

SIGNED this the 15th day of April, 2004.

_____
U.S. DISTRICT JUDGE

BEAULITIGATION:628043.1