IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JENNINGS TYSON GODSY, | § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 1:04-CV-00053 |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § § § | |
| Defendant. | § § | |

## NOTICE OF INITIAL DISCLOSURE OF DEFENDANT
## NATIONAL BOARD OF MEDICAL EXAMINERS

TO THE HONORABLE U. S. DISTRICT JUDGE:

COMES NOW defendant National Board of Medical Examiners and provides this its Notice of Initial Disclosure and would respectfully show unto the Court as follows:

**I.**

On June 7, 2004, defendant served its initial disclosure statement on the plaintiff in accordance with the local rules and the Federal Rules of Civil Procedure and pursuant to agreement of the parties. Defendant will continue to supplement as circumstances permit and as required by the governing rules.

WHEREFORE, PREMISES CONSIDERED, defendant prays that the Court take notice of such disclosure and for such other and further relief to which defendant may be entitled.

Respectfully submitted,

MEHAFFYWEBER, P.C.
Attorneys for Defendant

By: _____
ELIZABETH B. PRATT, Of Counsel
State Bar No. 16239450

BEAULITIGATION:635347.1

Post Office Box 16
Beaumont, Texas   77704
Telephone: 409/835-5011
Telecopier:  409/835-5177

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above and foregoing instrument has been forwarded via certified mail, return receipt requested, to the following on this the 7 day of June, 2004:

Mr. Kenneth W. Lewis
Mr. Jeffrey Roebuck
Bush, Lewis & Roebuck, P.C.
1240 Orleans Street
Beaumont, Texas   77701

                                  */s/ Elizabeth B. Pratt*
                                  ELIZABETH B. PRATT