UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JENNINGS TYSON GODSY, | § | |
|     Plaintiff, | § | |
| v. | § | Civil Action No. 1:04-CV-53 |
| NATIONAL BOARD OF MEDICAL | § | |
| EXAMINERS, | § | |
|     Defendant. | § | |

## ORDER

On this day came on to be heard Plaintiff's Motion to Supplement Record for Preliminary Injunction. The Court, after reviewing the pleadings, finds that said motion is meritorious.

It is therefore ORDERED that the following documents be supplemented into the record of the April 8, 2004 hearing:

    a.    Dr. Nancy L. Nussbaum's May 6, 2004, update (attached as Exhibit 1 to Plaintiff's motion);

    b.    Dr. Donald E. Trahan's May 14, 2004, followup neuropsychological report (attached as Exhibit 2 to Plaintiff's motion);

    c.    Dr. Leonard E. Lawrence's June 9, letter as Associate Dean for Student Affairs at the University of Texas Health Science Center at San Antonio (the Medical School herein) explaining the school policy on the necessity of passing the USMLE Step 1 examination before beginning the fourth year of medical school; (attached as Exhibit 3 to Plaintiff's motion); and

    d.    UTHSCSA Catalog 1999-2004, pages 1-4 (numbered 152-155) for Medical School, explaining on page 3 (numbered 154) the maximum of three attempts to pass the USMLE Step 1 exam (attached as Exhibit 4 to Plaintiff's motion).

SIGNED this ____ day of _____, 2004.

_____
U. S. DISTRICT JUDGE