IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JENNINGS TYSON GODSY,<br>*Plaintiff* | § § § | |
| v. | § § | CIVIL ACTION NO. 1:04-CV-53<br>Judge Thad Heartfield |
| NATIONAL BOARD OF MEDICAL<br>EXAMINERS,<br>*Defendant* | § § § § | |

FILED - CLERK
U.S. DISTRICT COURT
2004 JUL -8 PM 4:08
TX EASTERN-BEAUMONT
BY_____BC_____

## NOTICE OF PLAINTIFF'S CASE SPECIFIC DISCLOSURE

Plaintiff, JENNINGS TYSON GODSY, files this Notice with the Court that the Case Specific Disclosures required by this Court's Scheduling Order of June 7, 2004, was made on the 8TH day of July, 2004.

Respectfully submitted,

BUSH, LEWIS & ROEBUCK, P.C.
1240 Orleans Street
Beaumont, Texas 77701
409/835-3521
409/835-4194 (Fax)

By: _____
Kenneth W. Lewis
Texas Bar #12295300
Jeffrey T. Roebuck
Texas Bar #24027812

ATTORNEYS FOR PLAINTIFF
JENNINGS TYSON GODSY

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a true and correct copy of the above and foregoing document has been furnished to all counsel of record by U.S. Mail, certified mail, return receipt requested, on this 8th day of July, 2004:

Elizabeth B. Pratt
Mehaffy Weber, P.C.
2615 Calder, Suite 800
Beaumont, TX 77702

**Certified Mail 7002 3150 0005 7221 1967**
**Return Receipt Requested**

_____
Kenneth W. Lewis