

FILED - CLERK
U.S. DISTRICT COURT

2004 JUL -8 PM 4: 56

TX EASTERN-BEAUMONT

BY BC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JENNINGS TYSON GODSY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:04CV53 (TH) <br> BENCH |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § § § | |
| Defendant. | § § | |

## ORDER SETTING HEARING

The Court will **RECONVENE** the hearing on plaintiff's motion for injunctive relief on Wednesday, July 28, 2004 at 2:00 p.m.

**SO ORDERED.**

**SIGNED** this the _8_ day of July, 2004.

Thad Heartfield
United States District Judge