



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JENNINGS TYSON GODSY | § § |
| v. | §  No. 1:04CV53 (TH) §  JURY |
| NATIONAL BOARD OF MEDICAL EXAMINERS | § § § |

### ORDER REFERRING CASE TO MEDIATION

Comes now the court and ORDERS that this case be submitted to mediation in accordance with the Court's Mediation Plan. The mediator assigned is Thomas A. Thomas. The mediator's address and telephone number is 490 Park Street, Beaumont, Texas 77701; (409) 835-6000.

Upon completion of the mediation, the mediator shall submit a report (see attached) to the presiding judge within five (5) days of the completion of the mediation conference.

So ORDERED and SIGNED this 9th day of July, 2004.

THAD HEARTFIELD
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
_____ DIVISION

| | | |
|---|---|---|
| PLAINTIFF | § § | |
| v. | § § | CIVIL NO. |
| DEFENDANT | § § | |

MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on _____.

The conference resulted in _____ (settlement, impasse or will be continued). All parties and counsel were/were not present. (List those persons who were not present.)

Note from the Mediator (if any):

SIGNED this _____ day of _____, 20___.

_____
MEDIATOR