

FILED - CLERK
U.S. DISTRICT COURT

2004 JUL 15 PM 5: 12

TX EASTERN-BEAUMONT

BY \_\_\_\_BC\_\_\_\_

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JENNINGS TYSON GODSY, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 1:04CV53 (TH) |
| v. | § § | BENCH |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § § § | |
| *Defendant.* | § | |

## AMENDED ORDER SETTING HEARING

The Court will **RECONVENE** the hearing on plaintiff's motion for injunctive relief on Wednesday, July 28, 2004 at 10:00 a.m.

**SO ORDERED.**

**SIGNED** this the \_\_13\_\_ day of July, 2004.

Thad Heartfield
United States District Judge