

FILED - CLERK
U.S. DISTRICT COURT

2004 JUL 28 PM 4: 54

TX EASTERN-BEAUMONT

BY BC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| JENNINGS TYSON GODSY, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:04CV53 (TH) |
| v. | § § | BENCH |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § § § § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO SUPPLEMENT RECORD

Before the Court is *Plaintiff's Motion to Supplement Record for Preliminary Injunction* [Clerk's Docket No. 20] filed June 15, 2004. Having considered the motion, the Court is of the opinion it should be granted.

**IT IS THEREFORE ORDERED** that *Plaintiff's Motion to Supplement Record for Preliminary Injunction* [Clerk's Docket No. 20] is in all things **GRANTED**.

**SO ORDERED.**

**SIGNED** this the 27th day of July, 2004.

Thad Heartfield
United States District Judge