IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JENNINGS TYSON GODSY | § |
| | § |
| VS. | § Civil Action No. 1:04CV00053 |
| | § |
| NATIONAL BAORD OF MEDICAL EXAMINERS | § |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on July 27, 2004. The conference resulted in an impasse. All parties and counsel were present.

SIGNED this 28th day of July, 2004.

Thomas A. Thomas, Mediator

c:\wp51\data\medi\judg.ltr