

```
                                    FILED - CLERK
                                 U.S. DISTRICT COURT
                                  2004 JUL 30 AM 10: 29
                                  TX EASTERN-BEAUMONT
                                  BY_____BC_____
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JENNINGS TYSON GODSY, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:04CV53 (TH) |
| v. | § § | JURY |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § § § | |
| Defendant. | § | |

## ORDER SPECIALLY SETTING CIVIL ACTION FOR TRIAL

The Court **SPECIALLY SETS** the above captioned case for jury selection and trial on <u>Tuesday, September 7, 2004</u> at 9:00 a.m. Each side will be allotted ten (10) hours of trial time.

The *Scheduling Order* [Clerk's Docket No. 18] entered June 7, 2004 is hereby **AMENDED** in the following respects:

<u>August 6, 2004</u>        <u>Deadline to file dispositive motions</u>. Summary judgment motions, responses and replies must comply with the requirements set forth in LOCAL RULE CV-56. Responses must be filed not more than five (5) business days later.

<u>August 13, 2004</u>       <u>Disclosure of expert testimony</u>. After reports have been disclosed, experts may be deposed.

<u>August 20, 2004</u>       <u>Deadline to file motions objecting to experts</u>. Motions to exclude expert testimony shall be accompanied by copies of both the expert's report and deposition testimony. Responses must be filed not more than five (5) business days later.

<u>August 25, 2004</u>       <u>Discovery deadline</u>. No discovery, with the exception of discovery of experts, may be conducted after this date absent court order specifically approving.

| | |
|---|---|
| August 27, 2004 | <u>Plaintiff's portion of pre-trial order sent to defendant</u>. Plaintiff shall serve its portion of the pre-trial order upon defendant in both hard copy and computer diskette format. |
| August 30, 2004 | <u>Notice of intent to offer certified business records</u>. Parties must give written notice of intent to offer certified business records pursuant to FEDERAL RULES OF EVIDENCE 902(11) and 902(12). |
| August 30, 2004 | <u>Joint final pre-trial order due</u>. Defense counsel is responsible for assembling the parties' submissions and delivering the proposed order to the Court. *See* Appendix D to the LOCAL RULES. |
| August 30, 2004 | <u>Pre-trial objections due</u>. Objections[1] to use of depositions, documents, certified business records, summaries of evidence and exhibits at trial. |
| August 30, 2004 | <u>Proposed jury instructions and verdict form due</u>. Counsel for plaintiff is responsible for submitting the joint proposed jury instructions and verdict form in both hard copy and computer diskette (WordPerfect compatible) form. Counsel must include a citation to the source of each proposed instruction. Those portions of the instructions on which counsel cannot agree shall be set be set forth in bold face type. |
| August 30, 2004 | <u>Motions in limine due.</u> |
| September 1, 2004 | <u>Responses to motions in limine due.</u> |
| September 1, 2004 | <u>Pre-marked exhibit list due.</u> |

**SO ORDERED.**

**SIGNED** this the 30th day of July, 2004.

Thad Heartfield
United States District Judge

---

[1] Objections not made at this time, with the exception of objections under FEDERAL RULES OF EVIDENCE 402 and 403, shall be deemed waived.