

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **JENNINGS TYSON GODSY,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 1:04CV53  (TH)** |
| **v.** | § | **JURY** |
| | § | |
| **NATIONAL BOARD OF MEDICAL** | § | |
| **EXAMINERS,** | § | |
| | § | |
| *Defendant.* | § | |

## <u>ORDER ON CLOSING DOCUMENTS</u>

The Court has been advised that the claims alleged against the National Board of Medical Examiners by Jennings Tyson Godsy have been fully settled and compromised.

**IT IS THEREFORE ORDERED** that counsel is **DIRECTED** to file by <u>September 30, 2004</u> all papers necessary for the dismissal of plaintiff's claims so that this case can be removed from the Court's active trial docket.  If such papers are not received by the scheduled date, the Court may dismiss the action without further notice.

**SO ORDERED**.

**SIGNED** this the **2**  day of **September, 2004.**

Thad Heartfield
United States District Judge