

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **JENNINGS TYSON GODSY,** § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION NO. 1:04CV53 (TH) |
| v. § | JURY |
| § | |
| **NATIONAL BOARD OF MEDICAL** § | |
| **EXAMINERS,** § | |
| § | |
| *Defendant.* § | |

# VACATE ORDER

The Court **VACATES** the *Order on Closing Documents* [Clerk's Docket No. 38] entered September 2, 2004.

**SO ORDERED.**

**SIGNED** this the **9** day of **September, 2004.**

_____
Thad Heartfield
United States District Judge