IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JENNINGS TYSON GODSY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 1:04-CV-00053 |
| | § | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S MOTION FOR ENTRY OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE U. S. DISTRICT JUDGE:

COMES NOW, Jennings Tyson Godsy, plaintiff, and files this unopposed motion for entry of dismissal with prejudice, respectfully showing unto the Court as follows:

**I.**

Plaintiff requests that this Honorable Court enter an order dismissing this action, with prejudice, taxing costs and attorney fees against the party by whom incurred. Plaintiff no longer desires to prosecute this action.

**II.**

Dismissal of this case will not impair the rights of any other persons or parties.

WHEREFORE, PREMISES CONSIDERED, plaintiff prays that this Court enter an order dismissing this action with prejudice, ordering that each party be responsible for

its own costs and attorney fees and with all relief not being expressly granted being fully denied.

Respectfully submitted,

BUSH, LEWIS & ROEBUCK, P.C.
Attorneys for Plaintiff

By: *[signature]*
Kenneth W. Lewis
State Bar No. 12295300
Jeffrey T. Roebuck
State Bar No. 24027812

1240 Orleans Street
Beaumont, Texas  77701
Telephone:  (409) 835-3521
Telecopier:  (409) 835-4194

## CERTIFICATE OF CONFERENCE

Counsel for defendant has confirmed that defendant does not oppose this motion.

*[signature]*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been forwarded via certified mail, return receipt requested, to the following on this the 5th day of ~~August~~ October, 2004:

Mr. Kenneth W. Lewis
Mr. Jeffrey Roebuck
Bush, Lewis & Roebuck, P.C.
1240 Orleans Street
Beaumont, Texas  77701

*[signature]*