FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JENNINGS TYSON GODSY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | NO. 1:04-CV-00053 |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY came on to be considered the Plaintiff's Unopposed Motion for Dismissal With Prejudice and it appearing to the Court that judgment should be entered; it is, therefore,

ORDERED, ADJUDGED and DECREED by the Court that all claims of plaintiff are hereby DISMISSED WITH PREJUDICE; that the plaintiff recover no relief from defendant; and, that each party bear its own costs of court and legal fees. All relief not expressly granted herein is DENIED.

SIGNED on this ___ day of _____, 2004.

_____
JUDGE PRESIDING

BEAULITIGATION:646325.1