

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

JENNINGS TYSON GODSY,      §
     §
    *Plaintiff,*      §
     §      CIVIL ACTION NO. 1:04CV53 (TH)
v.      §      JURY
     §
NATIONAL BOARD OF MEDICAL      §
EXAMINERS,      §
     §
    *Defendant.*      §

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

Before the Court is *Plaintiff's Motion for Entry of Dismissal With Prejudice* [Clerk's Docket No. 40] filed October 5, 2004.  Having considered the motion, and taking into account that the motion is unopposed, the Court is of the opinion that the motion should be granted.

**IT IS THEREFORE ORDERED** that *Plaintiff's Motion for Entry of Dismissal With Prejudice* [Clerk's Docket No. 40] is in all things **GRANTED**.

**IT IS FURTHER ORDERED** that the claims alleged by plaintiff Jennings Tyson Godsy against the National Board of Medical Examiners are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all costs shall be borne by the party incurring same.

**IT IS FURTHER ORDERED** that the clerk is directed to close this case file.

**SO ORDERED.**

**SIGNED** this the 6 day of **October, 2004.**

Thad Heartfield
United States District Judge